PASQUALE ENGLESE ET AL., PLAINTIFFS-RESPONDENTS,
v. FRED T. HYDE, DEFENDANT-APPELLANT.

Submitted February 17, 1933—Decided May 15, 1933.

For the appellant, *Saltzman & Bunevich.*

For the respondents, *Andrew Foulds, Jr.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion of Judge Mackay, above set out.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   13.

*For reversal*—CASE, HEHER, JJ.   2.